28179, 28180. GILBERT *et al.,* tax-assessors, *v.* NATIONAL MORTGAGE CORPORATION.

STEPHENS, P. J. This case is controlled by the decision of the court in *Gilbert* v. *Land Estates Inc.,* ante, 845.

*Judgment affirmed on the main bill of exceptions, with direction; cross-bill of exceptions dismissed. Sutton and Felton, JJ., concur.*

DECIDED APRIL 18, 1940. REHEARING DENIED JULY 16, 1940.

850

*Spalding, Sibley, Troutman & Brock, E. H. Sheats, W. S. North-cutt, Standish Thompson,* for plaintiffs.
*Carter, Stewart & Johnson,* for defendant.